# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MILTON RAYMOND HINSON

NO. 2019 KW 1337

DEC 0 6 2019

In Re:     Milton Raymond Hinson, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 15-FELN-032693.

---

BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to attach documents from the district court record that would assist with addressing his claims regarding the district court's commitment Order. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before February 6, 2020. The new application must include the missing items noted above, and a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT